UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE STARRETT,<br><br>              Plaintiff,<br><br>       v.<br><br>MARGARET MIMMS, et al.,<br><br>              Defendants. | Case No.: 1:15-cv-01582-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILNG FEE WITHIN 45 DAYS<br><br>[ECF No. 2] |

Plaintiff Mike Starrett is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  No requests for an extension of time will be granted absent a showing of good cause.  Within sixty (60) days of the date of service of this order, Plaintiff shall

///

///

///

///

1

submit a certified copy of his prison trust statement for the six month period immediately preceding the filing of the complaint. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE