**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE STARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMMS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01582-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE FOR FILING EXHAUSTION-RELATED MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 48] |

　　Plaintiff Mike Starrett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　Currently before the Court is Defendants' request to extend the deadline to file an exhaustion-related motion for summary judgment, filed April 24, 2018.

　　Good cause having been presented to the Court, it is HEREBY ORDERED that the deadline to file an exhaustion-related motion for summary judgment is extended to June 29, 2018. All other deadlines set forth in the Court's January 31, 2018 discovery and scheduling order remain in full force and effect.

IT IS SO ORDERED.

Dated: __April 25, 2018__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1