# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE STARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARGARET MIMMS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01582-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION<br><br>[ECF No. 56] |

Plaintiff Mike Starrett is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request for an extension of time to file a reply to Plaintiff's opposition, filed August 30, 2018.

Good cause having been presented, it is HEREBY ORDERED that Defendants are granted until September 11, 2018 to file a reply.

IT IS SO ORDERED.

Dated: __**August 30, 2018**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1